TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ERIKA NORMAN (CA State Bar No. 268425)
Trial Attorney
Natural Resources Section
MICHELLE SPATZ
Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0475 (Norman)
        (202) 598-9741 (Spatz)
Fax:    (202) 305-0506
Erika.norman@usdoj.gov
Michelle.spatz@usdoj.gov

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER                         )<br>                                                   )<br>            Plaintiff,                            )<br>                                                   )<br>    v.                                             )<br>                                                   )<br>CHERYL F. PROBERT, in her official                )<br>capacity as Forest Supervisor of the Nez           )<br>Perce-Clearwater National Forests; and U.S.        )<br>FOREST SERVICE.                                    )<br>                                                   )<br>            Federal Defendants.                    )<br>                                                   ) | Case No. 3:21-cv-189<br><br>**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Friends of the Clearwater challenges the End of the World and Hungry Ridge projects (the "Projects"), which are forest health projects designed to reduce the risk of insect and disease infestation and severe wildfire on the Nez Perce National Forest and improve water quality and aquatic habitats.  Plaintiff alleges the United States Forest Service and Cheryl Probert, in her official capacity as Forest Supervisor for the Nez Perce-Clearwater National Forests, violated the National Forest Management Act ("NFMA"), the National Environmental Policy Act ("NEPA"), and the Endangered Species Act ("ESA") by authorizing the Projects under the Decision Notice and Finding of No Significant Impact (End of the World) and Final Record of Decision (Hungry Ridge).

The Ninth Circuit has endorsed the use of Rule 56 motions for summary judgment in the district court's review of agency administrative decisions, under the limitations imposed by the Administrative Procedure Act ("APA").  *See, e.g.*, *Nw. Motorcycle Ass'n. v. U.S. Dep't of Agric.*, 18 F.3d 1468, 1471-72 (9th Cir. 1994) (discussing the standards of review under both the APA and Fed. R. Civ. P. 56).  This cross-motion for summary judgment is supported by Defendants' Memorandum in Support of Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, the appended Motion to Strike, and the Administrative Record lodged with the Court (ECF No. 15).

As discussed in the supporting brief, the Projects as in full compliance with NFMA, NEPA, and the ESA.  Plaintiff's disagreement with the Forest Service's determinations and decisions on how to best manage the Nez Perce National Forest is not a basis for reversing the decisions under the deferential judicial review provisions of the APA, 5 U.S.C. §§ 701-706.  The Forest Service complied with its consulting obligations under ESA Section 7 for grizzly bears.

Defendants respectfully request that the Court grant summary judgment in their favor, and dismiss all of Plaintiff's claims, with prejudice.

Respectfully submitted on this 9th day of November, 2021.

>TODD KIM
>Assistant Attorney General
>Environment and Natural Resources Division
>United States Department of Justice
>
>/s/   Erika Norman
>ERIKA NORMAN
>Trial Attorney
>Natural Resources Section
>MICHELLE SPATZ
>Trial Attorney
>Wildlife & Marine Resources Section
>4 Constitution Square
>150 M Street, N.E., Suite 2.900
>Washington, D.C.  20002
>Phone:  (202) 305-0475 (Norman)
>Phone:  (202) 598-9741 (Spatz)
>Fax:  (202) 305-0506
>Erika.norman@usdoj.gov
>
>*Attorneys for Defendants*