UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER,<br><br>       Plaintiff,<br><br>v.<br><br>CHERYL F. PROBERT, in her official capacity as Forest Supervisor of the Nez Perce-Clearwater National Forests; and U.S. FOREST SERVICE,<br><br>       Defendants,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>       Defendant-Intervenor. | Case No. 3:21-cv-00189-CWD<br><br>**JUDGMENT** |

On June 24, 2022, the Court entered a Memorandum Decision and Order, (Dkt. 48), which **GRANTED in PART and DENIED IN PART** Plaintiff's Motion for Summary Judgment (Dkt. 27) and **GRANTED in PART and DENIED IN PART** Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment (Dkt. 29, 30). In accordance with that decision, the matter is hereby **REMANDED** to the United States Forest Service for reconsideration of the agency's decisions authorizing the End of

**JUDGMENT - 1**

the World and the Hungry Ridge projects. As set forth in the Court's Memorandum Decision and Order, the Forest Service must comply with the Forest Plan's old growth requirements, and must accurately identify the composition of stands managed as MA20. Further, the Forest Service must analyze the cumulative impact of the two projects on old growth, with reference to the Forest Plan's requirement to maintain a minimum of 10% of the total forested acres as old growth. And last, the Forest Service must prepare an Environmental Impact Statement under the National Environmental Policy Act, 42 U.S.C. § 4331 *et seq.,* for the End of the World project that analyzes the potential, cumulatively significant impact to old growth stands, considering, among other relevant factors, the proximity of the two projects to one another.

Judgment is hereby entered in favor of Plaintiff, and the End of the World and Hungry Ridge projects are hereby enjoined.

DATED: June 24, 2022

Honorable Candy W. Dale
United States Magistrate Judge

**JUDGMENT - 2**