TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ERIKA NORMAN (CA State Bar No. 268425)
Senior Trial Attorney
Natural Resources Section
MICHELLE SPATZ
Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0475 (Norman)
        (202) 598-9741 (Spatz)
Fax:    (202) 305-0506
Erika.norman@usdoj.gov
Michelle.spatz@usdoj.gov

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| FRIENDS OF THE CLEARWATER | ) | Case No. 3:21-cv-189 |
| | ) | |
| Plaintiff, | ) | **FEDERAL DEFENDANTS' NOTICE** |
| | ) | **OF APPEAL** |
| v. | ) | |
| | ) | |
| CHERYL F. PROBERT, in her official | ) | |
| capacity as Forest Supervisor of the Nez | ) | |
| Perce-Clearwater National Forests; and U.S. | ) | |
| FOREST SERVICE. | ) | |
| | ) | |
| Federal Defendants. | ) | |
| | ) | |

Pursuant to Fed. R. App. Proc. 4(a)(1)(B) and (a)(4)(A), Federal Defendants hereby give notice and appeal to the U.S. Court of Appeals for the Ninth Circuit from the Orders on Plaintiff's and Defendants' Cross-Motions for Summary Judgment and Defendants' Motion to Alter or Amend the Judgment (ECF Nos. 48, 54) entered in this action on June 24, 2022 and January 3, 2023, respectively, and Judgment entered on June 24, 2022 (ECF No. 49).

Respectfully submitted on March 6, 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/   Erika Norman*
ERIKA NORMAN
Senior Trial Attorney
Natural Resources Section
MICHELLE SPATZ
Trial Attorney
Wildlife & Marine Resources Section
4 Constitution Square
150 M Street, N.E., Suite 2.900
Washington, D.C.  20002
Phone:  (202) 305-0475 (Norman)
Phone:  (202) 598-9741 (Spatz)
Fax:  (202) 305-0506

*Attorneys for Defendants*

- 1 -