UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRIENDS OF THE CLEARWATER, | No.    23-35158 |
| Plaintiff-Appellee, | D.C. No. 3:21-cv-00189-CWD<br>District of Idaho,<br>Moscow |
| v. | |
| CHERYL F. PROBERT, in her official capacity as Forest Supervisor of the Nez Perce-Clearwater National Forests; U.S. FOREST SERVICE, | ORDER |
| Defendants-Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL, | |
| Intervenor-Defendant. | |
| FRIENDS OF THE CLEARWATER, | No.    23-35159 |
| Plaintiff-Appellee, | D.C. No. 3:21-cv-00189-CWD |
| v. | |
| CHERYL F. PROBERT, in her official capacity as Forest Supervisor of the Nez Perce-Clearwater National Forests; U.S. FOREST SERVICE, | |
| Defendants, | |

and

AMERICAN FOREST RESOURCE
COUNCIL,

      Intervenor-Defendant-
      Appellant.

---

FRIENDS OF THE CLEARWATER,

          Plaintiff-Appellant,

  v.

CHERYL F. PROBERT, in her official
capacity as Forest Supervisor of the Nez
Perce-Clearwater National Forests; U.S.
FOREST SERVICE,

          Defendants-Appellees,

AMERICAN FOREST RESOURCE
COUNCIL,

      Intervenor-Defendant-
      Appellee.

No.   23-35175

D.C. No. 3:21-cv-00189-CWD

Pursuant to the stipulation of the parties (Docket Entry No. 16), these appeals are voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator

2